CASE 0:19-cr-00047-JMB   Doc. 91   Filed 06/21/24   Page 1 of 2

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Margurite Mary Cofell

Case No: 19-CR-47-1 (JMB)
USM No:

Date of Original Judgment: 12/03/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Daniel P. Huddleston
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months is reduced to _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Defendant is ineligible for a sentence reduction because while the amendment did lower the defendant's applicable guideline range, the defendant received a sentence that was less than the minimum of the new guideline range. Pursuant to USSG §1B1.10(b)(2)(A), except as provided in USSG §1B1.10(b)(2)(B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. § 3582(c)(2) and USSG §1B1.10 to a term that is less than the minimum of the amended guideline range.

Except as otherwise provided, all provisions of the judgment dated 12/03/2019 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/21/2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Printed name and title

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Margurite Mary Cofell
CASE NUMBER: 19-CR-47-1 (JMB)
DISTRICT: District of Minnesota

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*
Previous Total Offense Level: _____   Amended Total Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

**III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a)** *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

[Print]   [Save As...]   [Add Attachment]   [Reset]